IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MIJEL CHAVIRA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C/O R.M. ALVAREZ, et al.,<br><br>　　　　Defendants.<br>_____ / | No. C 12-1765 CW (PR)<br><br>ORDER OF TRANSFER |

　　Plaintiff, a state prisoner, has filed the above pro se civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is incarcerated at Kern Valley State Prison (KVSP), which is located in Kern County in the Eastern District of California. See 28 U.S.C. § 84(b). The acts complained of occurred at Calipatria State Prison, which is located in Imperial Valley in the Southern District of California. 28 U.S.C. § 84(d). Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

　　Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of California.

　　The Clerk of the Court shall transfer the case forthwith.

　　IT IS SO ORDERED.

Dated: 4/13/2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE